**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| ROBERT HEARD, | : | |
| Plaintiff | : | |
| VS. | : | |
| VALDOSTA STATE PRISON, *et al.*, | : | NO. 7:14-cv-1 (HL) |
| Defendants | : | **O R D E R** |

Plaintiff **ROBERT HEARD**, an inmate at Valdosta State Prison, has sent this Court a letter, which the Clerk's Office has docketed as a complaint under 42 U.S.C. § 1983 (Doc. 1). Plaintiff has neither paid the Court's filing fee nor filed a motion to proceed *in forma pauperis*.

In his letter, Plaintiff makes largely nonsensical allegations, including murder plots involving witchcraft, altered fingerprints, and DNA. As this Court has previously discussed, Plaintiff has filed numerous lawsuits and has incurred more than three strikes under 28 U.S.C. 1915(g). ***See e.g., Heard v. Fields***, 7:13-cv-19 (HL).

In addition to Plaintiff's complaint being factually frivolous, ***Denton v. Hernandez***, 504 U.S. 25, 32-33 (1992), he makes no credible allegation that he is in "imminent danger of serious physical injury." 28 U.S.C. 1915(g).

In light of the foregoing, the instant action is **DISMISSED WITHOUT PREJUDICE**. If Plaintiff wishes to bring this lawsuit, he must therefore submit a new complaint on this Court's section 1983 form, accompanied by the Court's the $400 filing fee. ***See Dupree v. Palmer***, 284

1

F.3d 1234, 1236 (11th Cir. 2002).

       **SO ORDERED**, this 6th day of January, 2014.


                                      *s/ Hugh Lawson*
                                        HUGH LAWSON
                                        UNITED STATES DISTRICT JUDGE

cr